UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ERIC EHMANN, on behalf of himself and
all others similarly situated,

        Plaintiff,

Case No. 16-C-247

v.

PIERCE MANUFACTURING, INC.,

        Defendant.

**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT
AND ATTORNEY'S FEES**

On May 31, 2017, the Court conducted a fairness hearing on the parties' agreement to settle the FLSA and Rule 23 class action claims in the above matter. Counsel advised the Court as to the nature and extent of the dispute between the parties, and no objections were raised. Having carefully considered the parties' settlement agreement, the motion for attorneys' fees, and based upon the entire file in this matter, the Court hereby concludes and finds that:

1. The parties' joint motion for final approval of the class action settlement is granted effective May 31, 2017.

2. The Court finds that the Settlement Agreement constitutes a fair and reasonable resolution of a bonafide dispute between the defendant and all affected employees and other persons who performed production work for the defendant during the relevant time frames at the relevant facilities.

3. As set forth in plaintiff's supporting brief and declarations, the Court finds that the requested fee award is consistent with the rates of other attorneys in the community and approved rates in similar matters before the Court. The Court finds the attorney fee amount and the costs requested to be reasonable and fair compensation for counsel given the extent of work in representing the class and the result they attained.

4. The Clerk is directed to close this case for statistical purposes; however the Court will retain jurisdiction for purposes of monitoring and enforcing the settlement agreement until the entire settlement fund is disbursed.

**SO ORDERED** this 31st day of May, 2017.

BY THE COURT:

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court